

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2020

No. 04-20-00212-CR

Felipe **NEGRETE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2018-05-13279-CR
Honorable Camile Glasscock Dubose, Judge Presiding

# O R D E R

Appellant's brief was originally due on July 1, 2020. On August 14, 2020, the clerk of this court notified appellant's attorney by letter that appellant's brief was late and asked appellant's attorney to respond to this court in writing. *See* TEX. R. APP. P. 38.8(b)(2). Appellant's attorney has not responded nor has appellant's brief been filed.

Accordingly, we **ORDER** appellant's attorney to file appellant's brief on or before **October 5, 2020.** If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2). Contempt proceedings may also be initiated against appellant's attorney. *Id*. 38.8(b)(4).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2020.



MICHAEL A. CRUZ, Clerk of Court